UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES IFEANYI OBUTE,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Civil Action No. 25 - 1147 (SLS)

Judge Sparkle L. Sooknanan

### ORDER

For the reasons stated on the record at the April 23, 2025, hearing, and upon consideration of the Plaintiff's Motion for Temporary Restraining Order, ECF No. 3, the Defendants' Memorandum in Opposition to the Plaintiff's Motion for Temporary Restraining Order, ECF No. 9, and the Plaintiff's Reply in Support of his Motion for Temporary Restraining Order, ECF No. 11, the Court **GRANTS** the Plaintiff's Motion for Temporary Restraining Order, ECF No. 3, insofar as the Court:

**ORDERS** the Defendants to return the Plaintiff's record in the Student and Exchange Visitor Information System (SEVIS) to the "Active" status, retroactive to March 31, 2025. The Court further

**ORDERS** that the Defendants may not change or otherwise modify the Plaintiff's record in SEVIS solely on the basis of his February 2024 arrest without any conviction. The Court further

**ORDERS** the Plaintiff to file any Motion for Preliminary Injunction by April 28, 2025, at 6:00 PM; the Defendants to file their Opposition by May 2, 2025, at 6:00 PM; and the Plaintiff

to file his Reply by May 4, 2025, at 9:00 AM. The Court will hold an evidentiary hearing on the Plaintiff's Motion for Preliminary Injunction on May 5, 2025, at 11:30 AM.

This Order will remain in effect until further order from this Court or within 14 days of this Order, whichever comes first.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   April 23, 2025